IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:14CR3019 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Adam Michael Davis | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Cynthia R. Lamm, as a Criminal Justice Act Training Panel Member, to assist in the defense of Adam Michael Davis.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Cynthia R. Lamm is hereby assigned to assist AFPD John C. Vanderslice in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Cynthia R. Lamm shall not be eligible to receive compensation for her services in this case.

AFPD John C. Vanderslice shall continue to be primary counsel on behalf of the Defendant, Adam Michael Davis.

Dated:  2/25/2014

BY THE COURT:

_/s/ Cheryl R. Zwart_
United States Magistrate Judge